IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON SPARKS**                                                                                               **PLAINTIFF**

v.                                              Case No.: 4:22-cv-00319-LPR

**MCDONALDS CO.**                                                                                               **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 5th day of August 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE